[No. 45057-7-II.   Division Two.   March 25, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JANICE MAE LESTER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 12-1-00517-1, James W. Lawler, J., entered June 26, 2013. *Remanded with instructions* by unpublished opinion per Lee, J., concurred in by Worswick, C.J., and Bjorgen, J.

[Nos. 25822-0-III; 26933-7-III.   Division Three.   March 27, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFFORD MARK MEYERS, *Appellant*.

*In the Matter of the Personal Restraint of* CLIFFORD M. MEYERS, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-02103-0, Robert D. Austin, J., entered January 12, 2007, together with a petition for relief from personal restraint. Judgment *reversed* and *remanded* and petition *dismissed* by unpublished opinion per Siddoway, A.C.J., concurred in by Brown and Fearing, JJ.

[No. 30521-0-III.   Division Three.   March 27, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. RAMON RIOS GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 10-1-00267-2, C. James Lust, J., entered December 27, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Culp, J. Pro Tem.